### WUPPERMANN v. VALENTINE.

#### (Supreme Court, Appellate Term. June 22, 1903.)

1. DISMISSAL OF CAUSE—FAILURE TO PROSECUTE—ABUSE OF DISCRETION.
 An order on motion to dismiss for lack of prosecution unless plaintiff placed the cause on the calendar within a time fixed will not be disturbed, no abuse of the court's discretion appearing.

Appeal from City Court of New York, Special Term.

Action by Josephine W. Wuppermann against Ferdinand Valentine. From an order granting a motion to dismiss the complaint unless plaintiff placed the cause on the calendar within three days, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Menken Bros., for appellant.
Arthur Furber, for respondent.

PER CURIAM. The defendant made a motion to dismiss the complaint for lack of prosecution. The motion was granted, unless plaintiff placed the cause on the calendar within three days from the entry of the order. The defendant entered an order on said motion, and then appealed from each and every part of said order. We are not satisfied that there has been such an abuse of discretion on the part of the court below, in giving plaintiff the opportunity of placing the cause on the calendar, as to call for a reversal.

The order is affirmed, with costs.